IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DAVID BOLAND, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 17-166 |
| v. ) | (Judge Schwartz) |
| ) | |
| THE UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

JOINT STATUS REPORT AS TO SETTLEMENT

On July 27, 2023, the Court granted the the parties' joint request to stay the case and to continue trial pending potential settlement. ECF No. 110. In that order, the Court instructed the parties to file a status report on or before September 11, 2023 "updating the Court as to the status of the settlement provided that a stipulation of dismissal has not been previously filed." *Id*.

In accordance with the Court's order, the parties jointly and respectfully report that the parties have formally agreed to terms to settle this case in its entirety. The parties are presently in the process of effectuating the terms of their settlement, after which the parties intend to jointly stipulate to the dismissal of this case with prejudice. To that end, the parties respectfully request a continuation of the stay for another 30 days, to and including October 11, 2023. If the parties do not stipulate to dismiss the case by that date, the parties will provide the Court a status update and report whether a continued stay is necessary.

For these reasons, the parties jointly and respectfully request that the Court continue to stay the case for another 30 days, to and including October 11, 2013, so that the parties can effectuate the terms of their settlement.

Respectfully submitted,

| | |
|---|---|
| By: /s/ Mark G. Jackson<br>Mark G. Jackson<br>mark@jacksonholcomb.com<br>JACKSON HOLCOMB LLP<br>2001 6th Avenue, Suite 3420<br>Seattle, Washington  98121<br>Tele:   (206) 486-8904<br>Fax:    (206) 801-3755<br><br>Counsel of Record for<br>DAVID BOLAND, INC. | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>PATRICIA M. McCARTHY<br>Director<br><br>/s/ Deborah A. Bynum<br>DEBORAH A. BYNUM<br>Assistant Director<br><br>/s/ Meen Geu Oh<br>MEEN GEU OH<br>Senior Trial Counsel<br>Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, DC  20005<br>Tel:     (202) 307-0184<br><br>Counsel for the United States<br><br>Of Counsel:<br><br>KANALE SADOWSKI<br>Assistant District Counsel<br>U.S. Army Corps of Engineers |